THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Rasheeda E. Hames

Plaintiff,

Case No. CV123-198

Vs.
Richmond County Marshals Office
Officer Brantley – Badge # M14
Officer Billman – Badge # M10
Officer Grier – Badge # M42
Officer Wiggins – Badge # M28
Officer Brown – Badge # M37
Officer Hart – Badge # M43
Officer Roche – Badge # M41

Defendants.

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
9:57 AM
Dec. 27    20 23
Jamie Hodge
Deputy Clerk

## Lawsuit Against Marshals

**COMES NOW** the Plaintiff filing a lawsuit against Richmond County Marshals Office for the following reasons:

1. Due to illegal actions against Plaintiff

    a. On September 19, 2023, at 9:30AM, I was sitting in my vehicle which was parked on the street in front of the mailbox at 2809 Butler Manor Dr Hephzibah, GA 30815. I am here visiting my parents from Pennsylvania. As I looked through my mirrors, I saw several marshal cars approaching my mom's house. I called my mom on the phone and told her "The marshals are here, a lot of them with guns out." As I proceeded to hang up the phone, they were entering the home, and my parents weren't even at the door at that point. I got out my vehicle and asked what was going on and I was told by Officer Hart and Officer Billman to "Stay back ma'am." I asked could I come in and they said again" stay right there." I asked what the problem was and what's going on and I was told to stay outside and who else was in the home. I witness Officer Brantley and Officer Billman enter the home unannounced.

    b. After the entire ordeal, Officer Wiggins said I could come in. I am 6 months pregnant, and this situation sent me straight to the hospital. My parents have medical issues and had to be seen by their physicians. This was embarrassing and unethical. They put my belongings outside and never even offered an apology after violating our civil rights.

    c. Seven Marshals came to the property with guns drawn with no paperwork and attempted to evict mother. They walked right in, without knocking or announcing themselves. They produced no

paperwork, and the landlord people immediately changed the locks on the door and began to put Plaintiff's belongings on the lawn. While Plaintiff, and her fiancé were astonished that this was happening. This act of violence was unreasonable and unnecessary.

   d. Plaintiff told Corporal Wiggins and Officer Billman of the Marshalls that she has an Appeal pending. There were about 10 plus Marshal vehicles, and five trucks with 15 men provided by the landlord lined up on the street. The landlord representatives were also there. The proper procedure would have been for the landlord to do their due diligence, but even more so than that, the Marshals were supposed to go to the Court the morning of the eviction to make certain no other documents have been filed and receive the ok from the Court Clerk. The Marshals also failed to post a 24-hour notice on my mom's door.

2. The Marshals violated the Plaintiff's 4th Amendment rights.
3. The Marshals violated the Plaintiff's 14th Amendment rights. *Wolf v Coloardo, 338U.S.25(1949)*.
4. The Marshals violated the Plaintiff's civil rights to privacy.
5. The Marshals violated the Plaintiff's civil rights using excessive force.
6. The Marshals violated the Plaintiff's civil rights by disregarding the knock and announce rule, they simply opened the door and came in without announcing themselves until after they were already in the house.
7. The Marshals violated the Plaintiff's civil rights by not putting a 24-hour notice on the door as required of them.
8. The Marshals violated the Plaintiff's civil rights by retaliating against Plaintiff.
9. The Marshals violated the Plaintiff's civil rights by discriminating against Plaintiff based on race.

**WHEREFORE,** the Plaintiff asks for punitive damages in the amount of $35,000,000; and compensatory damages in the amount of $15,000,000.

Sworn to me this 26th day of December 2023.

*Rasheeda E Hames*, Pro Se
2809 Butler Manor Drive
Hephziah, GA 30815
(706) 284-0202
Rasheedae21@gmail.com

2

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Rasheeda Hawes

**DEFENDANTS**
Richmond County Marshal
535 Telfair, Augusta, Ga 30901

(b) County of Residence of First Listed Plaintiff: Richmond
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Rasheeda Hawes, 2809 Butler manor Hephzibah, Ga. 30815

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / **PERSONAL PROPERTY** / 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/Exchange |
| | | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | [x] 440 Other Civil Rights / **Habeas Corpus:** | | 865 RSI (405(g)) | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 240 Torts to Land | 443 Housing/Accommodations / 530 General | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty | **IMMIGRATION** | | |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / **Other:** / 540 Mandamus & Other | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education / 550 Civil Rights | 465 Other Immigration Actions | | |
| | / 555 Prison Condition | | | |
| | / 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
14th amendment violation along with civil rights violations
Brief description of cause:
Violation of civil rights

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** $50,000,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**