IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| RASHEEDA E. HAMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 123-198 |
| | ) |
| RICHMOND COUNTY MARSHALS | ) |
| OFFICE; OFFICER BRANTLEY; OFFICER | ) |
| BILLMAN; OFFICER GRIER; OFFICER | ) |
| WIGGINS; OFFICER BROWN; OFFICER | ) |
| HART; and OFFICER ROCHE, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 4th day of March, 2024, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA